**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:08-cv-308 |
| v. ) | (Phillips) |
| ) | |
| **JANET G. CROWE,** ) | |
| ) | |
| **Defendant.** ) | |

**JUDGMENT ON DECISION BY THE COURT**

The case came before the court on plaintiff's Motion for Judgment on the Pleadings, or, Alternatively, for Summary Judgment [Doc. 5]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for summary judgment [Doc. 5] is **GRANTED**. Judgment is hereby entered for the United States and against defendant Janet G. Crowe in the amount of **$12,201.94, plus interest.**

**IT IS SO ORDERED**.

      **ENTER:**

          s/ Patricia L. McNutt
          Clerk of Court